JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KORTTNEY ELLIOTT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GEORGE MERIANOS, AS TRUSTEE OF THE MERIANOS TRUST, ET AL.,<br><br>　　　　Defendant. | No. CV 22-2545 PA (MARx)<br><br>JUDGMENT OF DISMISSAL |

Pursuant to the Court's October 13, 2022 Minute Order, denying the Motion for Default Judgment filed by plaintiff Korttney Elliot ("Plaintiff") against defendant George Merianos, as Trustee of the Merianos Trust ("Defendant"), it is HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff's action is dismissed without prejudice for lack of Article III standing.

DATED: October 13, 2022

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Percy Anderson
　　　　　　　　　　　　　　　　　　　United States District Judge